### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JORGE GOMEZ,  :<br>　　Plaintiff  :<br>　　　　　　　　　　　　　　:<br>　v.  :<br>　　　　　　　　　　　　　　:<br>THOMAS CULLEN, et al.,  :<br>　　Defendants  : | No. 1:20-cv-01637<br><br>(Judge Kane) |

### ORDER

**AND NOW**, on this 11th day of February 2021, in accordance with the Memorandum accompanying this Order, **IT IS ORDERED THAT** Plaintiff's motion for emergency preliminary injunctive relief (Doc. No. 27) is **DENIED**.

　　　　　　　　　　　　　　　　　　s/ Yvette Kane
　　　　　　　　　　　　　　　　　　Yvette Kane, District Judge
　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania