

United States District Court
Northern District of New York

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
AUG 1 3 2021
AT _____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

Jorge Gomez
                        Plaintiff

           V.                                    9:21-CV-00658

J. B. Foster, et al.,
                  Defendant's

PA K Sorrell
FSA G. Robinson
United States of America
Individually and in their
Official Capacities.


                Plaintiff's Third Amend Complaint


        Plaintiff's Jorge Gomez for his Third Amend

Complaint, Against Defendant's, Health Service

Administrator (HSA) J.B. Foster, Physician Assistant

(PA) K. Sorrell, Food Service Administrator (FSA)

①

George Robinson and the United States of America in the Individually and their official capacities.

## Jurisdiction and Venue

This court has jurisdiction over Civil Rights Action under Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971). Ordinary Negligence Action under The Federal Tort Claims Act (FTCA), 28 USC. 1346.

## Defendant's

1) HSA J.B. Foster (Foster), Personally involved: Pain and Suffering for not sending Gomez to the hospital in time. Not giving the pain medication the hospital priscribed.

Mailing address: P.O. Box 900 Ray Brook

New York 12977...

2) PA K. Sorrell (Sorrell), Personally involved: in hers official capacity: Gomez suffer Ordinary Negligence and BOP employee Breach duty of care Under 18 U.S.C. 4042 (a)(2), For not considering Gomez symptoms serious and for prescribing Milk of Magnesia that made Gomez condition worse. Mailing address: P.O. Box. 900 Ray Brook New York 12977

3) FSA George Robinson (Robinson), Personally involved in his official capacity. Gomez suffer Ordinary Negligence and BOP employee Breach duty of care Under 18 U.S.C. 4042 (a)(2), When Food service gave Gomez unsanitary food that came from the Kitchen of FCI Ray Brook

(3)

Mailing address: P.O. Box 900 Ray Brook New York 12977.

## Statement of Claim

1) HSA J.B. Foster: Personally involved in her physical capacity. When plaintiff's suffer cruel and unusual punishment. Knowing the unbearable pain Gomez was in, and not giving the pain medication with the sitz bath for symptomatic relief the hospital prescribe. See (Exhibit B)

Plaintiff was in FCI Ray Brook medium SHU. On Jan 25, 2018, The Afternoon meal was brought to the SHU from Ray Brook medium Kitchen. The officer on duty gave Gomez a tray that had baked chicken with mashed potatoes. That night Gomez started feeling

(4)

sick so he laid down on his bunk. Gomez got up and started throwing-up and had realy bad abdominal pains with diarrhea. Gomez threw-up 4 times and used the bathroom around 14 times that night. The morning off Jan 26, 2018, Gomez made a complaint to Foster when she did her's rounds in the SHU. Foster told Gomez to drink lot's of water so he don't get dehydrate. Foster told Gomez that it was a virus that is going around and it should go away. Just keep drinking water so you stay hydrated. Gomez complaing everyday to PA K. Sorrell when she was coming in the morning to give pill line to the inmates in the SHU. Gomez told Sorrell that he no longer could his food down and that he is going to the bathroom more than 10 times a day, with blood and diarrhea mix together. Gomez Rectum

fealt like it was on fire, Burning pain that fealt like his inside were going to exploded. On Feb 3, 2018 the pain was so unbearable that the prison had to call the hospital so they could take Gomez to the emergency room. EMS Report: The patient was Hypertensive and tarchycardic when Ems got to the prison. On the way the patient became unresponsive, Pale and hypontensive with blood pressure 80 systolic and pulse was in the 140's. Patient is complaining of severe Rectal pain and pressure in his rectum which is much more intense than his abdominal pains. Gomez was Diagnose with a bacteria that is cause by food poison. This bacteria cause Gomez to get Colitis, Proctitis and Prostatitis. Pathology Report: Infectious Colitis due to: Shigella, Salmonella, Enterohemorrhagic, E.Coli or Klebsiella oxytoca. All these

bacteria are due to food poisoning. The FDA say these bacteria could cause serious illness or Death in human beings.

Plaintiff's suffer emotional distress by being traumatize due to unbearable pain which cause Gomez to suffer cruel and unusual punishment for failure to provide adequate medical care. Not giving proper pain medication as hospital order for Gomez pain. See (Exhibit B)... This falls under punitive damage, Compensatory damage and deliberate indifference which Gomez should be rewarded 1 million dollars.

2) PA K. Sorrell (Sorrell) Personally involved in her official capacity. Plaintiff suffer Ordinary Negligence and BOP Employee Breach duty of care under 18 U.SC. 4042 (a)(2), For not considering Gomez symptoms of

(7)

vomiting and diarrhea seriously. Also prescribing Milk of Magnesia that made Gomez condition worse.

Plaintiff's was in FCI Ray Brook medium SHU. On Jan 25, 2018 The Afternoon meal was brought to the SHU from Ray Brook medium Kitchen. The officer on duty gave Gomez a tray that had baked chicken with mashed potatoes. That night Gomez started feeling sick so he laid down on his bunk. Gomez got up and started throwing-up and had realy bad abdominal pains with diarrhea. Gomez threw-up times and used the bathroom around 14 times that night. The morning off Jan 26, 2018 Gomez made a complaint to Foster when she did her's rounds in the SHU. Foster told Gomez to drink lots of water so Gomez don't get dehydrate. Foster told Gomez that it was a virus that is going around it should go away, just keep drinking

(8)

water so you don't get dehydrate. Gomez complaing every-day to Sorrell when she was coming in the morning to give pill line to the inmates in the SHU. Gomez told Sorrell that he no longer could hold his food down and that he is going to the bathroom more than 10 times a day, with blood and diarrhea mix together. Gomez Rectum fealt like it was on fire, Burning pain that fealt like his inside were going to exploded.. Sorrell told Gomez to stop drinking to much water and take sips at a time to see if his stool get hard. That night Gomez when to the bathroom around 5 time and threw-up 2 times. In the morning another medical staff came to pass the pills to the inmates in the SHU...

On feb 1, 2018 Gomez saw Sorrell and told her that it got worse. That now it was diarrhea mix with blood and increase pressure in the Anus-Rectum area. Gomez told

9

Sorrell that it feels like his inside are coming out through his anus. Sorrell prescribe milk of magnesia and told Gomez that was all she could do onto monday morning, When she will be back to the prison. Gomez condition got worse. Gomez started getting dizzy Gomez started drinking lots of water. Gomez went to the bathroom around 16 times and threw-up 6 time that night. In the morning when they was passing the pills to inmates in the SHU... Gomez complaint to the medical person there. He told Gomez that they will give him something else on monday. Gomez was in so much pain that he thought he was going to die. Gomez went to his bunk and only got up to used the bathroom. Gomez when to the bathroom around 16 times, By then all that came out look like water. The next day feb 3, 2018, At the 10 aclock stand-up count Gomez couldn't even move, Because of the

unbearable pain it cause. The officer got a Lieutenant. They took Gomez to health Dept. and call an ambulance to pick Gomez up an take him to the Emergency room. EMS Report: The patient was hypertensive and tachycardic when EMS got to the prison and on the way the patient became unresponsive, Pale and hypontensive with blood pressure 80 systolic and pulse was in the 140's patient is complaining of severe Rectal pain and pressure in his Rectum which is much more intense than his abdominal pains. Gomez was diagnose with a bacteria that comes from food poisoning. CT Exam GI Tract: There is diffuse abnormal thickening of the cecum, Ascending colon as well as the hepatic flexure. More mild thickening of the remain-ing transverse colon and descending colon is present Small amount of surrounding stranding is also trace of

(11)

Surrounding free fluid seen near the cecum, Prominent wall enhancement is identified in the colon. The appendix is minimally enlarge at 7mm with a minimal amount of surrounding stranding. This appears to be part of the Colitis involving. Infectious Colitis due to: Shigella, Salmonella, Enterohemorrhagic, E. Coli, Klebsiella oxytoca. These Bacteria could cause serious illness or Death in human beings. Gomez was in the hospital onto Feb 9, 2018. That night after a bowel movement that Gomez stool was black, With a lot of pressure in the Anus-Rectum area. The prison took Gomez back to the hospital. Gomez came back to the prison on Feb 11, 2018 with new prescribetion. See (Exhibit B). Gomez was giving his medication for the Colitis twice a day. When Gomez asked to get stronger pain medication Sorrell said that Foster had

not approved for Gomez to get stronger pain medication. Sorrell prescribe Mesalamine that treats Colitis and asked if Gomez stool is still black. On March 31, 2018 Gomez was taking his medication an sneeze and shi-it on him self. The Warden was passing and told the captain to get me out the SHU before Monday when she be back to the prison. On April 2, 2018 Gomez when to Delaware B, and got tranfer on May 5, 2018..

Plaintiff suffered pain mental distress and the loss of the enjoyment of life. Suffered embarrassment and humiliation for shit-in on him self in front off others. Sorrell was Ordinary Negligence for giving Milk of Magnesia Knowing Gomez had Diarrhea. BOP Employee Breach duty of care under 18 U.S.C. 4042(a)(2). This fall Under Punitive Damage and Compensatory Damage which

Gomez should be Rewarded 10 million dollars.

3) FSA G. Robinson (Robinson), Personally involved in his official capacity. Plaintiff suffer Ordinary Negligence when he was served food in the Special Housing Unit (SHU), Contaminated or tainted by foreign objects and was injured as a result of this food. With Salmonella, Colitis, Proctitis and Prostatitis. This fall on BOP Employee Breach duty of care under 4042 (a)(2) for giving Gomez unsanitary food. See (Exhibit A)

Plaintiff was in FCI Ray Brook medium SHU. On Jan 25, 2018, The afternoon meal was brought to the SHU from the Kitchen of Ray Brook medium. The officer on duty gave Gomez a tray of chicken and mashe potatoes. That night Gomez started feeling sick so he laid down on his bunk. Gomez got up and started throwing-up



and had realy bad abdominal pains with diarrhea.
On Feb 3, 2018, Gomez was taken to the local hospital in Adirondack medical center. Gomez was Diagnose with Colitis, Proctitis and Prostatitis. Infectious Colitis due to: Shigella, Salmonella, Enterohemorrhagic, E. Coli or Klebsiella oxytoca. The CDC say these bacteria could cause serious illness or death in human beings.

Robinson was Ordinary Negligence when he didn't supervise the food that was being served in the Kitchen for unsanitary condition. This lead to the claim of Gomez being served food that was contaminated with a infectious disease of Salmonella. See (Exhibit A).

Gomez suffers a life permanent infectious disease. This fall under punitive damage and Compensatory damage which Gomez should be rewarded 10 million

(15)

dollars.

    I declare under penalty of perjury that the foregoing is true and correct

                    Respectfully Submitted,

                    Jorge Gomez

                    Jorge Gomez #72297-054

                    FCI Allenwood-medium

                    P.O. Box. 2000

Date: August 4, 2021          White Deer, PA. 17887

U.S. Department of Justice

Federal Bureau of Prisons

Central Office Administrative Remedy Appeal

Exhibit A

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Gomez, Jorge__ _____ __72397-054__ ___3A___ __FCI Allenwood Med__
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT      INSTITUTION

### Part A—REASON FOR APPEAL

In this response to let the record reflect it was prescribe doctor who had stated clear Gomez suffer from a food infection at FCI Allenwood which was re-occurring, "SAMONELLA" disease. This action is directed back to previous fact finding which Gomez has consistantly mention in the record upon suffering inflammatory symptoms, such as diarrhea, blood in stool, sharp pain in lower abdominal. This course of treatment belies the record of why Gomez should have receive special diet under § 4042(a)(2) and also upon unsanitize conditions for even receiving this infectio disease under this same breach of duty by "BOP" upon "Policy, Custom and Practice". Therefor just as Gomez mention in each correspondence its a clear violation under "Negligence" "Delay Damage" and Cruel Unusual Punishment under 8th Amendment Violation. See(BP-8, BP-9 and BP-10 filin its clear the relief should follow. Upon this Gomez ask Administror to Connor to remand this back to Regional Director for further consideratio under "FTCA Action".

___11-18-19___
   DATE                    SIGNATURE OF REQUESTER

### Part B—RESPONSE

RECEIVED

NOV 2 6 2019

Administrative Remedy Section
Federal Bureau of Prisons

_____
    DATE

ORIGINAL: RETURN TO INMATE

GENERAL COUNSEL

CASE NUMBER: __985252-A1__

### Part C—RECEIPT

CASE NUMBER: _____

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____
    DATE         PRINTED ON RECYCLED PAPER    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN

BP-231(13)
APRIL 1982

Administrative Remedy No. 985252-A1                        Exhibit A
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege you have a re-occurring salmonella
disease and you assert you have not been properly diagnosed or
treated for your condition.  For relief, you request this matter
be remanded back to the Regional Director for further
consideration under a Federal Tort Claim Act action.

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Our succeeding review reveals you have been evaluated
by Health Services on multiple occasions for your
gastrointestinal (GI) complaints, and have had adjustments in
your health care as clinically needed.

Further review reveals you were originally evaluated on
February 1, 2018, and reported your symptoms started on
January 26, 2018.  Based on the symptoms reported, the provider
recommended you purchase some over-the-counter (OTC) medication.
A review of your commissary purchases demonstrates that you did
not purchase the recommended treatment.  A prescription was
provided the next day for the OTC suppositories, and then on
February 3, 2018, you were evaluated again and sent to the local
emergency room.  You were admitted and diagnosed with colitis.
During your hospitalization, biopsies were taken, and based the
information you provided, one of the things that could have
caused your colitis is salmonella. There were numerous other
items that could have caused your colitis.

You have received treatments and follow-ups for your condition.
Specifically, on August 8, 2018, a letter was sent to your
provider team stating that the colon biopsies obtained during a
follow-up colonoscopy was clear and did not show any signs of
colitis.  On October 4, 2019, it is documented you claimed to
have a problem after eating meats with spices, but had normal
bowel movements while in the Special Housing Unit (SHU).  A
dietician consult was entered, and is scheduled at a future
date.  There is nothing in your record concluding that your
colitis was caused by salmonella, or has there been any
confirmation on the cause of the colitis.

Your primary care team will continue to make recommendations as
needed.  As recommendations are made, a course of treatment will
be determined.  Given this, we shall defer diagnostic testing
and treatment interventions to the Health Services staff at the
local level.

Exhibit A

Administrative Remedy No. 985252-A1
Part B - Response
Page 2

The record reflects you have received medical care and treatment in accordance with evidence based standard of care and within the scope of services of the Federal Bureau of Prisons.  You are encouraged to comply with proposed medical treatment so Health Services can continue to provide essential care and to contact medical personnel through routine sick call procedures should your condition change.

You should be aware that complaints pertaining to injury from alleged staff negligence claims are best addressed using the statutorily-mandated procedures.  Such forms are available from your Unit Team.

Considering the foregoing, this response is provided for informational purposes only.

_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals



## ADIRONDACK HEALTH

*Leading care for a healthy community.*

Patient: GOMEZ,JORGE
Account No: V021938584    *72297-054*
Unit No: M0247187
Location: SL EMERGENCY ROOM
Physician: Loving,Jeremy James
Date: 02/11/18

# Patient Visit Information

## You were seen today for:

Colitis
Cryptitis, anal

## Staff

Your caregivers today were:

| | |
|---|---|
| Physician: | Loving,Jeremy James |
| Practitioner: | LOVING,JEREMY |
| Nurse: | ELS |

## Patient Instructions Reviewed

Colitis
Proctitis

received 02/11/18 - 2108

## Activity Restrictions or Additional Instructions

Rest and drink plenty of fluids. Take Flagyl and ciprofloxacin as directed and discontinue Augmentin prescription. May receive Tylenol with codeine and ibuprofen in prison as needed for pain relief as well as beginning sitz baths for symptomatic relief. Call Dr. Szczech's office tomorrow morning to schedule appointment to be seen within the next 2 days for recheck and further evaluation of symptoms. Have your doctor at prison recheck your white blood cell count within the next 24 hours. Return to emergency department for new or worsening symptoms.
Return Precautions
Return to the ED for immediate re-evaluation if your symptoms change or worsen or if you develop new symptoms such as fever, inability to eat or drink, or new/worsening pain.

## Medication Dose and Instructions

Ciprofloxacin HCl- (Cipro-) 500 MG TAB
1 TAB ORAL TWO TIMES A DAY, #20 TAB REF 0
02/11/18 8:56pm  Status: PRINTED

Metronidazole- (Flagyl-) 500 MG TAB

K. Sorrell, ANP