UNITED STAES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JORGE GOMEZ,
            PLAINTIFF,


        V.                          CASE No.9:21-CV-0658


J.B. FOSTER,et al.,
            DEFENDANT'S.



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 2 2 2022
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Syracuse

1).HSA J.B. Foster
2).PA-C K. Sorrell
3).United States of America
   Individually and in their official capacities.


## PLAINTIFF'S THIRD AMEND COMPLAINT

Plaintiff's Jorge Gomez,for his Third Amend Complaint, against Defendant's,Health Service Administrator(HSA)J.B.Foster (FOSTER),Physician Assistant (PA)K.Sorrell(SORRELL),and the United State of America.In the individually and their official capacities.

## JURISDICTION AND VENUE

This Court has Jurisdiction over Civil Rights Action Under Bivens v. Six Unknown Federal Narcotics Agents,403 U.S.388 (1971).Negligence Action Under the Federal Tort Claims Act(FTCA), 28 U.S.C.§1346.

## DEFENDANT'S

1).HSA J.B.Foster,Personally involved:
Pain and Suffering for not sending Gomez,to the hospital in time.
Not giving the pain medication the hospital priscribed.
Mailing Address:P.O. Box.900 Ray Brook New York. 12977...

(1)

2).PA-C K.Sorrell,Personally involved:

Individually and her's official capacity;Gomez suffer,Negligence, and BOP's employee Breach Duty of Care Under 18 U.S.C.§4042(a)(2). For not considering Gomez,symptoms serious and for prescribing Milk of Magnesia,that made Gomez condition worse.

Mailing Address:P.O. Box.900 Ray Brook New York, 12977...

3).United States of America,Personally involved: Negligence,of United States,by and through Food Service Administrator,George Robinson.Gomez suffer Ordinary Negligence,and BOP's Breach Duty of Care Under 18 U.S.C.§4042(a)(2).When Food Service gave Gomez,unsanitary food that came from the Kitchen of FCI Ray Brook.

## STATEMENT OF CLAIM

1).HSA J.B.Foster:Personally involved in her physical capacity.When plaintiff's suffer Cruel and Unusual punishment. Knowing the unbearable pain Gomez's was in,and not giving the pain medication with the Sitz bath for sympyomatic relief the hospital prescribe.See(EXHIBIT B).

Plaintiff's was in FCI Ray Brook Medium(SHU).On Jan. 25, 2018.The afternoon meal was brought to the SHU,from Ray Brook Kitchen.The officer on duty gave Gomez a tray,that had baked chicken and mashed potatoes.That night,Gomez started feeling sick so he laid down on his bunk.Gomez got up,and started throwing-up and had realy bad abdominal pains with diarrhea.Gomez threw-up 4 times and used the bathroom around 14 times that night.The morning off Jan. 26,2018,Gomez made a complaint to Foster,when she did her's round's in the SHU.Foster told Gomez,to drink lot's of water so

(2)

he don't get dehydrate.Foster told Gomez,that it was a virus that is going around and it should go away.Just keep drinking water so you stay hydrated.Gomez complaing after that to PA-C K.Sorrell, when she was coming in the morning to give pill line to the inmates in the SHU.Gomez told Sorrell,That he no longer could hold down his food,and that he is going to the bathroom more than 10 times a day,with Blood and Diarrhea mix together.Gomez Rectum fealt like it was on fire.Burning pain that fealt like his inside were going to exploded.On Feb. 3,2018,the pain was so unbearable,that the prison had to call the hospital so they could take Gomez to the E.nergency room.(EMS REPORT):The patient was Hypertensive,and Tarchycardic when EMS got to the prison.On the way the patient became unresponsive,Pale and Hypontensive.With blood pressure 80 Systolic and Pulse was in the 140's.Patient is complaining of severe Rectal pain,and pressure in his Rectum which is much more intense than his abdominal pains.Gomez was Diagnose,with a Bacteria that is cause by food poison.This Bacteria cause Gomez,to get Colitis,Proctitis,and Prostatitis.(PATHOLOGY REPORT):Infectious Colitis due to:Shigella,Salmonella,Enterohemorrhagic,E.Coli,or Klebsiella Oxytoca.All these Bacteria are due to Food Poisoning. The FDA,say these Bacteria could cause serious illness or Death in Human Beings.

Plaintiff's Suffer emotional distress by being Traumatize due to Unbearable pain,which cause Gomez to Suffer Cruel and Un- usual Punishment.For failure to provide adequate Medical Care.Not giving proper pain medication,as hospital order for Gomez pain. See(EXHIBIT B)...This falls under Punitive Damage,Compensatory Damage,and Deliberate Indifference which Gomez should be Rewarded

(3)

1 Million Dollars.

2).PA-C K.Sorrell,Personally involved in her individually and official capacity.Plaintiff suffer Negligence,and BOP's Breach Duty of Care Under 18 U.S.C.§4042(a)(2).For not considering Gomez symptoms of Vomiting and Diarrhea seriously.Also prescribing Milk of Magnesia,that made Gomez condition worse.

Plaintiff's was in FCI Ray Brook Medium(SHU).On Jan. 25, 2018,the afternoon meal was brought to the SHU,from Ray Brook Kitchen.The officer on duty gave Gomez,a tray that had baked chicken with mashed potatoes.That night Gomez started throwing-up,and had realy bad abdominal pains with diarrhea.Gomez threw-up 4 times and used the bathroom around 14 times that night.The morning off Jan. 26,2018,Gomez made a complaint to Foster,when she did her's rounds in the SHU.Foster told Gomez,to drink lot's of water so Gomez don't get dehydrate.Foster told Gomez that it was a virus that is going around.It should go away,just keep drinking water so you don't get dehydrate.Gomez complaing everyday to Sorrell,when she was coming in the morning to give pill line to the inmates in the SHU. Gomez told Sorrell,that he no longer could hold his food down,and that he is going to the bathroom more than 10 times a day,with blood and diarrhea mix together.Gomez Rectum fealt like it was on fire,Burning pain that fealt like his inside were going to exploded. Sorrell told Gomez to stop driking to much water,and take sips at a time to see if his stool get hard.That night Gomez,when to the bathroom around 5 times,and threw-up 2 times.In the morning another madical staff came to pass the pills to the inmates in the SHU... On Feb 1,2018,Gomez saw Sorrell and told her that it got worse. that now it was diarrhea mix with blood,and increase pressure in

(4)

the Anus-Rectum area.Gomez told Sorrell,that it feels like his inside are coming out through his anus.Sorrell prescribe milk of magnesia,and told Gomez that was all she could do onto Monday Morning,when she will be back to the prison.Gomez condition got worse,Gomez started getting dizzy,Gomez started drinking lots of water.Gomez went to the bathroom around 16 times and threw-up 6 times that night.In the morning when they was passing the pills to inmates in the SHU...Gomez complaint to the medical staff there.He told Gomez that they will give him something else on Monday.Gomez was in so much pain that he thought he was going to die.Gomez went to his bunk and only got up to used the bathroom.Gomez when to the bathroom around 16 times,by then all that came out look like water. The next day Feb. 3,2018,At the 10 aclock stand-up count,Gomez couldn't even move,because of the unbearable pain it cause.The officers got a Lieutenant.They took Gomez to health Dept.,and call an ambulance to pick up Gomez an take him to the Emergency room. (EMS REPORT):The patient was Hypertensive and Tachycardic,when EMS got to the prison.On the way the patient became unresponsive, Pale and Hypontensive with blood pressure 80 Systolic and Pulse was in the 140's.Patient is complaining of severe Rectal pain, and pressure in his Rectum which is much more intense than his abdominal pains.Gomez was Diagnose with a Bacteria that comes from food poisoning.(CT EXAM OF GI TRACT):There is diffuse abnormal thickening of the Cecum,Ascending Colon as well as the hepatic flexure.More mild thickening of the remaining Transverse colon and descending colon,is present small amount of surrounding stranding is also trace of surrounding free fluid seen near the cecum.Prominent wall enhancement is identified in the colon.The appendix is minimally enlarge at 7mm with a minimal amount of

(5)

surrounding stranding.This appears to be part of the Colitis in-volving.Infectious Colitis due to:Shigella,Salmonella,Enterohemorr-hagic,E.Coli,Klebsiella Oxytoca.These Bacteria could cause serious illness or death in human being.Gomez was in the hospital onto Feb 9,2018.That night after a bowel movement,Gomez stool was black with a lot of pressure in the Anus-Rectum area.The prison took,Gomez c back to the hospital.Gomez came back to the prison on Feb. 11,2018 with new prescribtion.See(EXHIBIT B).Gomez was giving his medica-tion for the Colitis twice a day.When Gomez asked to get stronger pain medication,Sorrell said that Foster had not approved for Gomez to get stronge pain medication.Sorrell prescribe Mesalamine,that treats Colitis and asked if Gomez stool is still black.On March 31,2018,Gomez was taking his medication an sneeze and shit-it on him self.The warden was passing,and told the captain to get Gomez out the SHUbefore Monday when she be back to the prison.On April 2,2018,Gomez when to Delaware B,and got tranfer on May 5,2018...

Plaintiff's suffered pain,Mental Distress,and the loss of the enjoyment of life.Suffered embarrassment and Humiliation for shit-in on him self in front off others.Sorrell was Negligence for giving Gomez,Milk of Magnesia Knowing Gomez had Diarrhea.BOP Employee Breach Duty of Care Under 18 U.S.C. §4042(a)(1).This fall under Punitive Damage,and Compensatory Damage which Gomez should be Rewarded 10 Million Dollars.

3).United State of America,Personally involved in Negligence by and through Food Service Administrator,George Robin-son.When Gomez was served food in the Special Housing Unit(SHU), Contaminated or tainted by foreing objects,and was injured as a result of this food.With Salmonella,Colitis,Proctitis,and Prostatitis.

This fall on BOP's Employee Breach Duty of Care under 18 U.S.C. §4042(a)(2). For giving Gomez Contaminated Food. See(EXHIBIT A)...

Plaintiff's was in FCI Ray Brook Medium (SHU)... On Jan. 25,2018, the afternoon meal was brought to the (SHU), from the kitchen of Ray Brook Medium. The officer on duty gave Gomez a tray of Chicken and mashed potatoes. That night Gomez started feeling sick so he laid down on his bunk... Gomez got up and started throwing-up and had realy bad abdominal pains with Diarrhea. On Feb. 3,2018 Gomez was taken to the local Hospital in ADIRONDACK MEDICAL CENTER Gomez was Diagnose with COLITIS,PROCTITIS,and PROSTATITIS. Infecti-ous Colitis Due to; SHIGELLA,SALMONELLA,ENTEROHEMORRHAGIC,E.COLI, or KLEBSIELLA OXYTOCA. The CDC say these Bacteria could cause serious Illness or Death in Human Beings.

George Robinson as an employee of the United States. Was Negligence, when he didn't Supervise the Food, that was being served in the kitchen, for unsanitary condition. This lead to the claim of Gomez being served Food that was Contaminated with a Infectious Disease of Salmonella. See(EXHIBIT A)... Gomez suffers a life permanent Infectious Disease. This fall under Compensatory Damage which Gomez should be Rewarded 10 Million Dollars...

I declare under Penalty that the foregoing is true and correct

RESPECTFULLY SUBMITTED,

X _____

JORGE GOMEZ #72297-054
FCI FAIRTON
PO. BOX. 420
DATE: APRIL 14,2022          FAIRTON, NJ. 08320

(7)



## ADIRONDACK HEALTH

2233 State Route 86 – P.O. Box 471
Saranac Lake, New York  12983

**DEPARTMENT OF PATHOLOGY**
Phone: (518) 897-2364
Fax: (518) 897-2241

**Pathologist:**
John M. Eckel, M.D.- Medical Director

| Patient Name: | Referring Clinician: | Accession No: |
|---|---|---|
| **GOMEZ, JORGE** 72297-054 | **Szczech, Emily Christine** | **S18-000471** |

| Birthdate: | 8/8/1975 | | Age: | 42 | Collected: | 02/08/2018 |
|---|---|---|---|---|---|---|
| Med Rec No: | M0247187  V021908363 | | Sex: | Male | Received: | 02/09/2018 |
| Location: | IN PATIENT | | | | Completed: | 02/12/2018 |

## SURGICAL PATHOLOGY REPORT

**CLINICAL HISTORY:**
Pre Operative Diagnosis: Colitis
Post Operative Diagnosis: Same
Operative Procedure: Colonoscopy
Clinical Comments:

Copies To:
Chart/AMC
FCI Ray Brook

*Received 2/16/18 RBK*
*Health Services Unit*
*T. Root, HIT*

**MICROSCOPIC DIAGNOSIS:**
**A: RECTUM, COLONOSCOPIC MUCOSAL BIOPSIES OF RECTAL MUCOSA:**
   1. **BENIGN LYMPHOID AGGREGATE IN THE LAMINA PROPRIA**
   2. **NO ADENOMATOUS EPITHELIAL HYPERPLASIA OR EVIDENCE OF SIGNIFICANT PROCTITIS IDENTIFIED**
**B: COLON, COLONOSCOPIC MUCOSAL BIOPSIES OF CECUM:**
   1. **FOCAL ACTIVE COLITIS WITH SURFACE MUCOFIBRINOPURULENT EXUDATE (SEE COMMENT) /kps**

**COMMENT:**
The cecal mucosal biopsies demonstrate relatively good preservation of the normal glandular architecture. Focal acute inflammatory cells are present in the surface epithelium and superficial portions of epithelial glands with occasional crypt abscesses and a mucofibropurulent exudate on the surface of the mucosa.  No adenomatous epithelial hyperplasia, dysplasia, granulomas or parasitic organisms are identified.  The collagen layer beneath the surface epithelium is not thickened.  The histologic findings in the cecum are consistent with focal active colitis with surface exudate.  The differential diagnosis includes C. difficile pseudomembranous colitis, infectious colitis due to Shigella, Salmonella, Enterohemorrhagic E. coli or Klebsiella oxytoca, acute self limited colitis or ischemic colitis, which is less likely.  Clinical correlation is recommended. /kps

Document reviewed and electronically signed by:

John M. Eckel, M.D.
Pathologist
Date Signed: 2/12/2018

Final Report Date: 02/12/2018

**SPECIMEN(S):**
A. Anorectal biopsies
B. Cecal biopsies

**GROSS DESCRIPTION:**
A:  Received labeled "anorectal biopsies" are two spongy tan-yellow-white mucosal tissue biopsies measuring 0.2 cm and 0.35 cm in maximum dimension. The biopsies are submitted in toto in cassette A-1.

B:  Received labeled "cecal biopsy" are three spongy tan-yellow-white mucosal tissue biopsies ranging from 0 cm to 0.45 cm maximum dimension. The biopsies are submitted in toto in cassette B-1.  (bed/pjw)

Page 1
File

| SURGICAL PATHOLOGY REPORT | GOMEZ, JORGE |
|---|---|
| | Chart/AMC |
| | FCI Ray Brook |

*K. Sorrell, ANP*

USA-000294